NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MODDHA INTERACTIVE, INC.,**
*Plaintiff-Appellant*

**v.**

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant-Appellee*

**PHILIPS ELECTRONICS NORTH AMERICA, INC, DOES 1-20, INCLUSIVE,**
*Defendants*

_____

2015-2048

_____

Appeal from the United States District Court for the District of Hawaii in No. 1:12-cv-00028-BMK, Magistrate Judge Barry M. Kurren.

_____

**JUDGMENT**

_____

RANDALL KEITH SCHMITT, McCorriston Miller Mukai MacKinnon, LLP, Honolulu, HI, argued for plaintiff-appellant. Also represented by JESSICA M. WAN.

BRIAN ROSENTHAL, Mayer Brown LLP, Washington, DC, argued for defendant-appellee. Also represented by ALAN M. GRIMALDI, BRIAN ANDREA, PAUL WHITFIELD HUGHES; KYLE E. FRIESEN, Houston, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| June 13, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |